Department. October 17, 1913.) Action by Charles E. Freet against the Standard Scale & Supply Company. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 143 N. Y. Supp. 1118.

FREET, Respondent, v. STANDARD SCALE & SUPPLY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Charles E. Freet against the Standard Scale & Supply Company. M. Mackenzie, of New York City, for appellant. W. R. Page, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1117.

FRICK, Respondent, v. BURNETT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Belle Frick against Augustus E. Burnett, as executor, etc., and another.

PER CURIAM. Judgment reversed upon questions of law and fact, and judgment directed in favor of the defendants dismissing the complaint, with costs, including costs of this appeal. *Held*, that the motion for the dismissal of the complaint should have been granted. The finding that the plaintiff entered into a contract with defendant's testator to board and care for him, as found by the referee, is disapproved, and this court finds and decides that the evidence is insufficient to warrant any such finding, or that there is anything due or unpaid under any contract, express or implied, for the board of defendant.

FRIEDLANDER v. JOHN E. SULLIVAN CO. et al. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by Herman Friedlander against the John E. Sullivan Company and others.

PER CURIAM. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

RICH, J., not voting.

GEISENER, Appellant, v. McDONOUGH, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by William Geisener against John F. McDonough as treasurer. J. Hillquit, of New York City, for appellant. J. J. Coughlan, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 156 App. Div. 942, 141 N. Y. Supp. 1120.

GERMAN SAVINGS BANK v. WAGNER. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the German Savings Bank against Phillip Wagner, as committee, etc. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 157 App. Div. 921, 142 N. Y. Supp. 1119; 143 N. Y. Supp. 1118.

GERMAN SAVINGS BANK IN CITY OF NEW YORK, Respondent, v. WAGNER, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the German Savings Bank in the City of New York against Phillip Wagner, as committee, etc. T. O'Callaghan, of New York City, for appellant. P. S. Dean, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1118.

GIBBS, Respondent, v. LUTHER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Arthur Gibbs, a taxpayer of the city of Olean, against George H. Luther and others, as Commissioners of Public Works, etc., and others. No opinion. Order (81 Misc. Rep. 611, 143 N. Y. Supp. 90) affirmed, with $10 costs and disbursements. Held, that the proceeding to pave the street and charge the expense to the adjoining owners is unauthorized, without the petition required by the city charter.

In re GLASBERG. (Supreme Court, Appellate Division, First Department. November 14, 1913.) In the matter of Otto A. Glasberg. No opinion. Referred to official referee. Settle order on notice.

GOEWEY, Appellant, v. LONG, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Alfred R. Goewey, an infant, etc., against David D. Long. No opinion. Judgment and order affirmed, with costs.

GOLDBERG v. PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Benjamin Goldberg against the People's Surety Company of New York. No opinion. Motion denied, with $10 costs. Order filed.

In re GOODRICH. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) In the matter of the examination of George G. Goodrich, judgment debtor, in proceedings supplementary to execution, upon the application of Nash Rockwood, a judgment creditor under a judgment recovered in an action entitled George G. Goodrich v. Nash Rockwood. No opinion. Order affirmed, with $10 costs and disbursements.

GORDON v. HARSTN & CO. et al. (three cases). (Supreme Court, Appellate Division, First Department. October 17, 1913.) Actions by Milton J. Gordon against Harstn & Co. and others. No opinions. Motions to dismiss appeals granted, with $10 costs. Orders filed.

GOROVOY v. WEST SIDE MASON CONTRACTING CO. (Supreme Court, Appellate Division, First Department. October 31, 1913.)